IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JAN 2 6 2026

FILED

| | |
|---|---|
| CORNERSTONE RESIDENTIAL MANAGEMENT, LLC d/b/a FREEDOM'S PATH LTD., ) ) ) ) | |
| Plaintiffs-Appellees, ) ) | |
| v. ) ) | Case No.  CV 125-119 Appeal No. 25-12724 |
| WILLE G. SMITH, ) ) | |
| Defendant-Appellant. ) | |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for lack of jurisdiction,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ___26th___ day of January 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA